## The NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue.

### No. 7905.

United States Court of Appeals for the District of Columbia.

Decided May 11, 1942.

Mr. David R. Shelton, of Washington, D. C., for petitioner.

Mr. Benjamin M. Brodsky, Special Assistant to the Attorney General, with whom

Mr. Samuel O. Clark, Assistant Attorney General, and Mr. J. Louis Monarch, Special Assistant to the Attorney General, were on the brief, for respondent. Messrs. Sewall Key, Special Assistant to the Attorney General, J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Robert L. Williams, Special Attorney, Bureau of Internal Revenue, both of Washington, D. C., also entered appearances for respondent.

Before MILLER, VINSON, and EDGERTON, Associate Justices.

VINSON, Associate Justice.

This case was consolidated with John Hancock Mutual Life Insurance Company v. Commissioner of Internal Revenue in the Board of Tax Appeals, 42 B.T.A. 809. They were heard here together. The parties agree that the single question of law is the same in both cases. Hence the opinion of the Hancock case, —— App.D.C. ——, 128 F.2d 745, decided this day, is controlling.

Reversed.